UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTREE TECHNOLOGIES, INC.,

Plaintiff,

-vs-    Case No. 6:09-cv-1945-Orl-28GJK

ECOSENSE INTERNATIONAL, INC.,
GEORGE DUSSICH, DERRICO
CONSTRUCTION CORPORATION,

Defendants.

___

## ORDER

This case is before the Court on Defendants' Renewed Motion for Determination of Entitlement to Attorneys' Fees (Doc. No. 159) filed September 19, 2012, and Defendants' Motion for Determination of Entitlement to Appellate Attorneys' Fees (Doc. No. 191) filed December 18, 2012. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Defendants' Objections to the Report and Recommendation (Doc. No. 200) and Plaintiff's response to Defendants' Objections (Doc. No. 201), Defendants' Objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 7, 2013 (Doc. No. 199) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Renewed Motion for Determination of Entitlement to Attorneys' Fees (Doc. No. 159) is **DENIED**.

3. Defendants' Motion for Determination of Entitlement to Appellate Attorneys' Fees (Doc. No. 191) is **DENIED**.

**DONE and ORDERED** in Chambers, Orlando, Florida this 20 day of March, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party